IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Craig S. Golen, and Erin M. Golen, | : | Bankruptcy No. 19-24844 |
| Debtors. | : | |
| | : | Chapter 13 |
| Craig S. Golen, and Erin M. Golen, | : | |
| Movants, | : | |
| v. | : | Document No. |
| No Respondents | : | Related to Document No.  12 |
| Respondent. | : | |

## ORDER EXTENDING TIME TO FILE
## DECLARATION REGARDING ELECTRONIC FILING AND RELATED DOCUMENTS

AND NOW, upon consideration of Debtors' Motion for Order Extending Time to File Declaration Re Electronic Filing and Related Documents, it is hereby ORDERED, ADJUDGED and DECREED that the deadline for Debtors to file the Declaration Re Electronic Filing is hereby extended to January 16, 2020. It is further ORDERED that this Order is entered without prejudice to the Debtors' right to seek further extensions of such deadline, should circumstances so require.

Dated: January 3, 2020

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

FILED
1/3/20 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Craig S. Golen  
Erin M. Golen  
    Debtors

Case No. 19-24844-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy        Page 1 of 1        Date Rcvd: Jan 03, 2020  
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.  
db/jdb       +Craig S. Golen,   Erin M. Golen,   510 Ridge Court,   Cranberry Twp, PA 16066-3364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2020 at the address(es) listed below:  
           Brian C. Thompson    on behalf of Joint Debtor Erin M. Golen bthompson@ThompsonAttorney.com,  
            blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com  
           Brian C. Thompson    on behalf of Debtor Craig S. Golen bthompson@ThompsonAttorney.com,  
            blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com  
           James Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                TOTAL: 5