IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Craig S. Golen, and | : |
|       Erin M. Golen, | :    Bankruptcy No. 19-24844 |
| | : |
|       Debtors. | :    Chapter 13 |
| | : |
| | : |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(a) AND (b) WITH REQUEST
FOR COPIES OF ALL ORDERS, NOTICES AND PLEADINGS
<u>UNDER BANKRUPTCY RULE 2002</u>**

**PLEASE TAKE NOTICE** that NPA Associates LLC appears by its attorneys, Buchanan Ingersoll & Rooney PC, in the above-captioned case and pursuant to Bankruptcy Rules 9010(a) and (b) request that (a) it receive copies of all notices, pleadings, motions, applications, requests, proposed orders and conformed copies of orders filed in all matters arising herein and (b) all such documents to be directed to counsel at the address set forth below.

Buchanan Ingersoll & Rooney PC
Attn: Tyler S. Dischinger, Esquire
Union Trust Building, Suite 200
501 Grant Street
Pittsburgh, PA 15219-1410
Tyler.dischinger@bipc.com

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: January 6, 2020

<u>/s/ Tyler S. Dischinger</u>
Tyler S. Dischinger, Esquire
PA ID. No. 314299
501 Grant Street, Suite 200
Pittsburgh, PA 15219
412-562-8432
*Attorneys for NPA Associates LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Craig S. Golen, and | : |
| Erin M. Golen, | :   Bankruptcy No. 19-24844 |
| | : |
| Debtors. | :   Chapter 13 |
| | : |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 6, 2020, a true and correct copy of the foregoing Notice of Appearance was served via the Court's electronic case filing system and on interested parties on the attached service list.

                                  **BUCHANAN INGERSOLL & ROONEY PC**

Dated: January 6, 2020              /s/Tyler S. Dischinger
                                            Tyler S. Dischinger, Esquire
                                            PA ID. No. 314299
                                            501 Grant Street, Suite 200
                                            Pittsburgh, PA 15219
                                            412-562-8432
                                            *Attorneys for NPA Associates LLC*

Notice will be electronically mailed via ECF to:

Counsel for Debtors:

Brian C. Thompson, Esq.
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
Email: bthompson@ThompsonAttorney.com


Chapter 13 Trustee
Ronda J. Winnecour
600 Grant Street
Suite 3250, USX Tower
Pittsburgh, PA 15219
ustpregion03.pi.ecf@usdoj.gov

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

James Warmbrodt, Esq.
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com