IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Craig S. Golen, and ) | |
| ) | |
| Erin M. Golen, ) | Bankruptcy No. 19-24844 |
| ) | |
| Debtors. ) | Chapter 13 |
| ) | |
| ) | |

**NOTICE OF REQUEST FOR TAX RETURNS
PURSUANT TO RULE 4002(b)(4) OF THE FEDERAL RULES
<u>OF BANKRUPTCY PROCEDURE</u>**

Pursuant to Rule 4002(b)(4) of the Federal Rules of Bankruptcy Procedure, NPA Associates LLC requests that the above-captioned debtors provide it with copies of the debtors' tax returns (including any attachments), a transcript of the returns, or provide a written statement that the documentation does not exist (along with documentary proof of income as required under L.B.R. 4002-1), at least seven (7) days before the first date set for the meeting of creditors under 11 U.S.C. §341.

Dated:  January 10, 2020                **BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Tyler S. Dischinger
Tyler S. Dischinger, Esquire
PA ID No. 314299
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Phone: (412) 562-8432
Facsimile: (412) 562- 1041
E-mail:  tyler.dischinger@bipc.com
*Attorneys for NPA Associates LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Craig S. Golen, and | ) | |
| | ) | |
| Erin M. Golen, | ) | Bankruptcy No. 19-24844 |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served this 10th day of January, 2020 a true and correct copy of the foregoing Notice of Request for Tax Returns Pursuant to Rule 4002(b)(4) of the Federal Rules of Bankruptcy Procedure via ECF notification upon all parties-in-interest.

Dated: January 10, 2020                **BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Tyler S. Dischinger
Tyler S. Dischinger, Esquire
PA ID No. 314299
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Phone: (412) 562-8432
Facsimile: (412) 562-1041
E-mail: tyler.dischinger@bipc.com
*Attorneys for NPA Associates LLC*