# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Craig S. Golen, and<br>Erin M. Golen, | : | Bankruptcy No. 19-24844 |
| Debtors. | : | |
| | : | Chapter 13 |
| Craig S. Golen, and<br>Erin M. Golen, | : | |
| Movants, | : | |
| v. | : | Document No. |
| No Respondents | : | Related to Document No. 17 |
| Respondent. | : | |

## ORDER EXTENDING TIME TO FILE SCHEDULES, PLAN, STATEMENT OF AFFAIRS, DECLARATION REGARDING ELECTRONIC FILING AND RELATED DOCUMENTS

AND NOW, upon consideration of Debtors' Motion for Order Extending Time to File Schedules, Plan, Statement of Financial Affairs, Declaration Re: Electronic Filing and Related Documents, it is hereby ORDERED, ADJUDGED and DECREED that the deadline for Debtors to file their schedules, plan, statement of financial affairs and related documents is hereby extended to January 27, 2020.

Dated: January 17, 2020

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

FILED
1/17/20 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24844-CMB
Craig S. Golen                                                            Chapter 13
Erin M. Golen
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: nsha              Page 1 of 1              Date Rcvd: Jan 17, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.
db/jdb        +Craig S. Golen,   Erin M. Golen,   510 Ridge Court,   Cranberry Twp, PA 16066-3364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:
        Brian C. Thompson    on behalf of Joint Debtor Erin M. Golen bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
        Brian C. Thompson    on behalf of Debtor Craig S. Golen bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
        James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Tyler S. Dischinger    on behalf of Creditor    NPA Associates LLC tyler.dischinger@bipc.com,
         donna.curcio@bipc.com
                                                                                 TOTAL: 6