# Earnings Statement

**REXEL USA, INC.**
14951 N DALLAS PKWY
DALLAS, TX 75254

Period Beginning: 09/23/2019
Period Ending: 10/06/2019
Pay Date: 10/11/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CRAIG S GOLEN
510 RIDGE COURT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Cm6 Full Line | | | 1,636.91 | 19,951.29 |
| Reg Regular | | | | 80,769.15 |
| Ale Auto Fix | | | | 4,585.10 |
| **Gross Pay** | | | **$1,636.91** | 105,305.54 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -334.91 | 11,865.53 |
| | Social Security Tax | -101.49 | 6,283.43 |
| | Medicare Tax | -23.73 | 1,469.51 |
| | PA State Income Tax | -50.25 | 3,092.19 |
| | Pittsburgh C Income Tax | -49.11 | 3,021.50 |
| | PA SUI/SDI Tax | -0.98 | 60.43 |
| | **Other** | | |
| | 401 401K | -114.58* | 7,050.41 |
| | Alf Auto Var | | -3,074.48 |
| | Exp Exp Reim | | -724.76 |
| | **Net Pay** | **$961.86** | |
| | Cka Checking 1 | -961.86 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401 401K Er Mat | 65.48 | 4,028.90 |
| Gtl Gtl | | 625.17 |
| Sick | | 103.50 |
| Vacation | | 66.00 |
| Employee Id | | 0067109 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 972-387-3600. FOR QUESTIONS REGARDING YOUR CHECK CALL 1-888-739-3547

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,522.33

© 2000 ADP, LLC

---

**REXEL USA, INC.**
14951 N DALLAS PKWY
DALLAS, TX 75254

Advice number: 00000410626
Pay date: 10/11/2019

Deposited to the account of
CRAIG S GOLEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4893 | xxxx xxxx | $961.86 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**REXEL USA, INC.**
14951 N DALLAS PKWY
DALLAS, TX 75254

Period Beginning: 09/23/2019
Period Ending: 10/06/2019
Pay Date: 10/11/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CRAIG S GOLEN
510 RIDGE COURT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 3846.15 | 80.00 | 3,846.15 | 80,769.15 |
| Ale Auto Fix | | | 458.51* | 4,585.10 |
| Cm6 Full Line | | | | 18,314.38 |
| **Gross Pay** | | | **$4,304.66** | 103,668.63 |

Your federal taxable wages this period are $3,576.92

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -368.50 | 11,530.62 |
| | Social Security Tax | -240.31 | 6,181.94 |
| | Medicare Tax | -56.20 | 1,445.78 |
| | PA State Income Tax | -118.08 | 3,041.94 |
| | Pittsburgh C Income Tax | -115.38 | 2,972.39 |
| | PA SUI/SDI Tax | -2.31 | 59.45 |
| **Other** | | | |
| | 401 401K | -269.23* | 6,935.83 |
| | Alf Auto Var | | -3,074.48 |
| | Exp Exp Reim | | -724.76 |
| **Adjustment** | | | |
| | Alf Auto Var | +353.09 | |
| **Net Pay** | | **$3,487.74** | |
| | Cka Checking 1 | -3,487.74 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Gtl | 29.77 | 625.17 |
| 401 401K Er Mat | 153.85 | 3,963.42 |
| Sick | | 103.50 |
| Vacation | | 66.00 |
| Employee Id | | 0067109 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 972-387-3600. FOR QUESTIONS REGARDING YOUR CHECK CALL 1-888-739-3547

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

**REXEL USA, INC.**
14951 N DALLAS PKWY
DALLAS, TX 75254

Advice number: 00000410625
Pay date: 10/11/2019

Deposited to the account of
CRAIG S GOLEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4893 | xxxx xxxx | $3,487.74 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

**REXEL USA, INC.**
14951 N DALLAS PKWY
DALLAS, TX 75254

Period Beginning: 10/07/2019
Period Ending: 10/20/2019
Pay Date: 10/25/2019

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

CRAIG S GOLEN
510 RIDGE COURT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 3846.15 | 80.00 | 3,846.15 | 84,615.30 |
| Ale Auto Fix | | | | 4,585.10 |
| Cm6 Full Line | | | | 19,951.29 |
| **Gross Pay** | | | **$3,846.15** | 109,151.69 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -368.50 | 12,234.03 |
| | Social Security Tax | -240.30 | 6,523.73 |
| | Medicare Tax | -56.20 | 1,525.71 |
| | PA State Income Tax | -118.08 | 3,210.27 |
| | Pittsburgh C Income Tax | -115.38 | 3,136.88 |
| | PA SUI/SDI Tax | -2.31 | 62.74 |
| | **Other** | | |
| | 401 401K | -269.23* | 7,319.64 |
| | Alf Auto Var | | -3,074.48 |
| | Exp Exp Reim | | -724.76 |
| | **Net Pay** | **$2,676.15** | |
| | Cka Checking 1 | -2,676.15 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Gtl | 29.77 | 654.94 |
| 401 401K Er Mat | 153.85 | 4,182.75 |
| Sick | | 105.03 |
| Vacation | | 69.10 |
| Employee Id | | 0067109 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 972-387-3600. FOR QUESTIONS REGARDING YOUR CHECK CALL 1-888-739-3547

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,576.92

© 2000 ADP, LLC

**REXEL USA, INC.**
14951 N DALLAS PKWY
DALLAS, TX 75254

Advice number: 00000430525
Pay date: 10/25/2019

Deposited to the account of
CRAIG S GOLEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4893 | xxxx xxxx | $2,676.15 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

REXEL USA, INC.
14951 N DALLAS PKWY
DALLAS, TX 75254

Period Beginning: 10/21/2019
Period Ending: 11/03/2019
Pay Date: 11/08/2019

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 0
　PA: N/A

CRAIG S GOLEN
510 RIDGE COURT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 3846.15 | 80.00 | 3,846.15 | 88,461.45 |
| Ale Auto Fix | | | | 4,585.10 |
| Cm6 Full Line | | | | 19,951.29 |
| **Gross Pay** | | | **$3,846.15** | 112,997.84 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -368.50 | 12,602.53 |
| | Social Security Tax | -240.31 | 6,764.04 |
| | Medicare Tax | -56.20 | 1,581.91 |
| | PA State Income Tax | -118.08 | 3,328.35 |
| | Pittsburgh C Income Tax | -115.38 | 3,252.26 |
| | PA SUI/SDI Tax | -2.31 | 65.05 |
| | **Other** | | |
| | 401 401K | -269.23* | 7,588.87 |
| | Alf Auto Var | | -3,074.48 |
| | Exp Exp Reim | | -724.76 |
| | **Net Pay** | **$2,676.14** | |
| | Cka Checking 1 | -2,676.14 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Gtl | 29.77 | 684.71 |
| 401 401K Er Mat | 153.85 | 4,336.60 |
| Sick | | 106.57 |
| Vacation | | 72.20 |
| Employee Id | | 0067109 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 972-387-3600. FOR QUESTIONS REGARDING YOUR CHECK CALL 1-888-739-3547

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,576.92

© 2000 ADP, LLC

---

REXEL USA, INC.
14951 N DALLAS PKWY
DALLAS, TX 75254

Advice number: 00000450474
Pay date: 11/08/2019

Deposited to the account of
CRAIG S GOLEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4893 | xxxx xxxx | $2,676.14 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FG1 | 050003 | GEXNOA | 07720 | 000004Z0624 | 2 |

# Earnings Statement

**ADP**

**Rexel USA**
REXEL USA, INC.
14951 N DALLAS PKWY
DALLAS, TX 75254

Period Beginning: 11/04/2019
Period Ending: 11/17/2019
Pay Date: 11/22/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CRAIG S GOLEN
510 RIDGE COURT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Cm6 Full Line | | | 2,254.55 | 22,205.84 |
| Reg Regular | | | | 92,307.60 |
| Ale Auto Fix | | | | 5,043.61 |
| **Gross Pay** | | | **$2,254.55** | 119,557.05 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -461.28 | 13,432.31 |
| | Social Security Tax | -139.78 | 7,144.13 |
| | Medicare Tax | -32.69 | 1,670.80 |
| | PA State Income Tax | -69.21 | 3,515.64 |
| | Pittsburgh C Income Tax | -67.64 | 3,435.28 |
| | PA SUI/SDI Tax | -1.35 | 68.71 |
| | **Other** | | |
| | 401 401K | -157.82* | 8,015.92 |
| | Alf Auto Var | | -3,493.22 |
| | Exp Exp Reim | | -1,363.46 |
| **Net Pay** | | | **$1,324.78** | |
| Cka Checking 1 | | | -1,324.78 | |
| **Net Check** | | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401 401K Er Mat | 90.18 | 4,580.63 |
| Gtl Gtl | | 714.48 |
| Sick | | 108.10 |
| Vacation | | 75.30 |
| Employee Id | | 0067109 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 972-387-3600. FOR QUESTIONS REGARDING YOUR CHECK CALL 1-888-739-3547

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,096.73

© 2000 ADP, LLC

---

**Rexel USA**
REXEL USA, INC.
14951 N DALLAS PKWY
DALLAS, TX 75254

Advice number: 00000470624
Pay date: 11/22/2019

Deposited to the account of
CRAIG S GOLEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4893 | xxxx xxxx | $1,324.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 581 | 080408 | OFXNOA | 077720 | 0000470623 |

# Earnings Statement ADP

**REXEL USA**
REXEL USA, INC.
14951 N DALLAS PKWY
DALLAS, TX 75254

Period Beginning: 11/04/2019
Period Ending: 11/17/2019
Pay Date: 11/22/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CRAIG S GOLEN
510 RIDGE COURT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 3846.15 | 80.00 | 3,846.15 | 92,307.60 |
| Ale Auto Fix | | | 458.51* | 5,043.61 |
| Cm6 Full Line | | | | 19,951.29 |
| **Gross Pay** | | | **$4,304.66** | 117,302.50 |

Your federal taxable wages this period are $3,576.92

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -368.50 | 12,971.03 |
| | Social Security Tax | -240.31 | 7,004.35 |
| | Medicare Tax | -56.20 | 1,638.11 |
| | PA State Income Tax | -118.08 | 3,446.43 |
| | Pittsburgh C Income Tax | -115.38 | 3,367.64 |
| | PA SUI/SDI Tax | -2.31 | 67.36 |
| | **Other** | | |
| | 401 401K | -269.23* | 7,858.10 |
| | Alf Auto Var | | -3,493.22 |
| | Exp Exp Reim | | -1,363.46 |
| | **Adjustment** | | |
| | Alf Auto Var | +418.74 | |
| | Exp Exp Reim | +638.70 | |
| | **Net Pay** | **$4,192.09** | |
| | Cka Checking 1 | -4,192.09 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Gtl | 29.77 | 714.48 |
| 401 401K Er Mat | 153.85 | 4,490.45 |
| Sick | | 108.10 |
| Vacation | | 75.30 |
| Employee Id | | 0067109 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 972-387-3600. FOR QUESTIONS REGARDING YOUR CHECK CALL 1-888-739-3547

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

**REXEL USA**
REXEL USA, INC.
14951 N DALLAS PKWY
DALLAS, TX 75254

Advice number: 00000470623
Pay date: 11/22/2019

Deposited to the account of
CRAIG S GOLEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4893 | xxxx xxxx | $4,192.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**REXEL USA** | **Earnings Statement** | ADP

REXEL USA, INC.
14951 N DALLAS PKWY
DALLAS, TX 75254

Period Beginning: 11/18/2019
Period Ending: 12/01/2019
Pay Date: 12/06/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CRAIG S GOLEN
510 RIDGE COURT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 3846.15 | 80.00 | 3,846.15 | 96,153.75 |
| Ale Auto Fix | | | | 5,043.61 |
| Cm6 Full Line | | | | 22,205.84 |
| **Gross Pay** | | | **$3,846.15** | 123,403.20 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -368.50 | 13,800.81 |
| Social Security Tax | -240.31 | 7,384.44 |
| Medicare Tax | -56.21 | 1,727.01 |
| PA State Income Tax | -118.08 | 3,633.72 |
| Pittsburgh C Income Tax | -115.38 | 3,550.66 |
| PA SUI/SDI Tax | -2.31 | 71.02 |
| **Other** | | |
| 401 401K | -269.23* | 8,285.15 |
| Alf Auto Var | | -3,493.22 |
| Exp Exp Reim | | -1,363.46 |
| **Net Pay** | **$2,676.13** | |
| Cka Checking 1 | -2,676.13 | |
| **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl Gtl | 29.77 | 744.25 |
| 401 401K Er Mat | 153.85 | 4,734.48 |
| Sick | | 109.63 |
| Vacation | | 78.40 |
| Employee Id | | 0067109 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 972-387-3600. FOR QUESTIONS REGARDING YOUR CHECK CALL 1-888-739-3547

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,576.92

© 2000 ADP, LLC

---

REXEL USA, INC.
14951 N DALLAS PKWY
DALLAS, TX 75254

Advice number: 00000490468
Pay date: 12/06/2019

Deposited to the account of
CRAIG S GOLEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4893 | xxxx xxxx | $2,676.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**REXEL USA**

**Earnings Statement** — ADP

REXEL USA, INC.
14951 N DALLAS PKWY
DALLAS, TX 75254

Period Beginning: 12/02/2019
Period Ending: 12/15/2019
Pay Date: 12/20/2019

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0
   PA: N/A

CRAIG S GOLEN
510 RIDGE COURT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Cm6 Full Line | | | 784.94 | 22,990.78 |
| Reg Regular | | | | 99,999.90 |
| Ale Auto Fix | | | | 5,502.12 |
| **Gross Pay** | | | **$784.94** | 128,492.80 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -160.60 | 14,329.91 |
| Social Security Tax | | -48.66 | 7,673.41 |
| Medicare Tax | | -11.38 | 1,794.59 |
| PA State Income Tax | | -24.10 | 3,775.90 |
| Pittsburgh C Income Tax | | -23.55 | 3,689.59 |
| PA SUI/SDI Tax | | -0.47 | 73.79 |
| **Other** | | | |
| 401 401K | | -54.95* | 8,609.33 |
| Alf Auto Var | | | -3,717.82 |
| Exp Exp Reim | | | -1,363.46 |
| **Net Pay** | | **$461.23** | |
| Cka Checking 1 | | -461.23 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401 401K Er Mat | 31.40 | 4,919.73 |
| Gtl Gtl | | 774.02 |
| Sick | | 111.17 |
| Vacation | | 81.50 |
| Employee Id | | 0067109 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 972-387-3600. FOR QUESTIONS REGARDING YOUR CHECK CALL 1-888-739-3547

* Excluded from federal taxable wages
Your federal taxable wages this period are $729.99

© 2000 ADP, LLC

---

**REXEL USA**

REXEL USA, INC.
14951 N DALLAS PKWY
DALLAS, TX 75254

Advice number: 00000510602
Pay date: 12/20/2019

Deposited to the account of
CRAIG S GOLEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4893 | xxxx xxxx | $461.23 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**REXEL USA, INC.**
14951 N DALLAS PKWY
DALLAS, TX 75254

Period Beginning: 12/02/2019
Period Ending: 12/15/2019
Pay Date: 12/20/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CRAIG S GOLEN
510 RIDGE COURT
CRANBERRY TOWNSHIP PA 16066

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 3846.15 | 80.00 | 3,846.15 | 99,999.90 |
| Ale Auto Fix | | | 458.51* | 5,502.12 |
| Cm6 Full Line | | | | 22,205.84 |
| **Gross Pay** | | | **$4,304.66** | 127,707.86 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -368.50 | 14,169.31 |
| Social Security Tax | -240.31 | 7,624.75 |
| Medicare Tax | -56.20 | 1,783.21 |
| PA State Income Tax | -118.08 | 3,751.80 |
| Pittsburgh C Income Tax | -115.38 | 3,666.04 |
| PA SUI/SDI Tax | -2.30 | 73.32 |

**Other**

| | | |
|---|---|---|
| 401 401K | -269.23* | 8,554.38 |
| Alf Auto Var | | -3,717.82 |
| Exp Exp Reim | | -1,363.46 |

**Adjustment**

| | | |
|---|---|---|
| Alf Auto Var | +224.60 | |
| **Net Pay** | **$3,359.26** | |
| Cka Checking 1 | -3,359.26 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,576.92

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl Gtl | 29.77 | 774.02 |
| 401 401K Er Mat | 153.85 | 4,888.33 |
| Sick | | 111.17 |
| Vacation | | 81.50 |
| Employee Id | | 0067109 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 972-387-3600. FOR QUESTIONS REGARDING YOUR CHECK CALL 1-888-739-3547

© 2000 ADP, LLC

---

**REXEL USA, INC.**
14951 N DALLAS PKWY
DALLAS, TX 75254

Advice number: 00000510601
Pay date: 12/20/2019

Deposited to the account of
CRAIG S GOLEN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4893 | xxxx xxxx | $3,359.26 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**