# Earnings Statement

**ADP**

CO. FILE    DEPT.    CLOCK NUMBER    090
A20    005309 110    0002056m

ASSOCIATION FOR IRON AND
STEEL TECHNOLOGY
186 THORN HILL ROAD
WARRENDALE, PA 15086

| | |
|---|---|
| Period Beginning: | 12/07/2019 |
| Period Ending: | 12/20/2019 |
| Pay Date: | 12/27/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:     0
   PA:        N/A

ERIN  M  GOLEN
510 RIDGE CT
CRANBERRY  TOWNSHIP  PA 16066

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 2,000.00 | 53,758.00 |
| **Gross Pay** | | | **$2,000.00** | 53,758.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -179.22 | 5,088.51 |
| | Social Security Tax | -114.37 | 3,125.27 |
| | Medicare Tax | -26.75 | 730.91 |
| | PA State Income Tax | -56.64 | 1,543.04 |
| | Cranberry Tw Income Tax | -18.45 | 502.58 |
| | PA SUI/SDI Tax | -1.20 | 32.25 |
| | **Other** | | |
| | Dental | -11.54* | 265.42 |
| | Loc Svc Tax | -2.00 | 48.00 |
| | Medical | -142.15* | 3,195.06 |
| | Vision Pretax | -1.52* | 34.96 |
| | 401K | -160.00* | 3,940.64 |
| | **Net Pay** | **$1,286.16** | |
| | **Net Check** | **$1,286.16** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | | 145.08 |

**Important Notes**
BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,684.79

©1998, 2006, ADP, LLC.   All Rights Reserved.

TEAR HERE

# Earnings Statement

**ADP**®

ASSOCIATION FOR IRON AND
STEEL TECHNOLOGY
186 THORN HILL ROAD
WARRENDALE, PA 15086

| | |
|---|---|
| Period Beginning: | 11/09/2019 |
| Period Ending: | 11/22/2019 |
| Pay Date: | 11/29/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:      0
   PA:        N/A

ERIN  M  GOLEN
510  RIDGE  CT
CRANBERRY  TOWNSHIP  PA  16066

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 2,000.00 | 49,758.00 |
| **Gross Pay** | | | **$2,000.00** | 49,758.00 |

**Important  Notes**

BASIS OF PAY: SALARY

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -179.98 | 4,729.69 |
| Social Security Tax | | -114.59 | 2,887.42 |
| Medicare Tax | | -26.80 | 675.28 |
| PA State Income Tax | | -56.74 | 1,429.71 |
| Cranberry Tw Income Tax | | -18.48 | 465.66 |
| PA SUI/SDI Tax | | -1.20 | 29.85 |
| **Other** | | | |
| Dental | | -11.54* | 242.34 |
| Loc Svc Tax | | -2.00 | 44.00 |
| Medical | | -138.69* | 2,912.49 |
| Vision Pretax | | -1.52* | 31.92 |
| 401K | | -160.00* | 3,620.64 |
| **Net Pay** | | **$1,288.46** | |
| Checking | | -1,288.46 | |
| **Net Check** | | **$0.00** | |

\* **Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$1,688.25

©1998, 2006 ADP, LLC   All Rights Reserved

**Earnings Statement**

ADP

ASSOCIATION FOR IRON AND
STEEL TECHNOLOGY
186 THORN HILL ROAD
WARRENDALE, PA 15086

Period Ending:      10/25/2019
Pay Date:          11/01/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:      0
    PA:          N/A

ERIN M GOLEN
510 RIDGE CT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | | 2,000.00 | 45,758.00 |
| **Gross Pay** | | | **$2,000.00** | 45,758.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -179.98 | 4,369.73 |
| | Social Security Tax | -114.59 | 2,658.23 |
| | Medicare Tax | -26.80 | 621.68 |
| | PA State Income Tax | -56.74 | 1,316.23 |
| | Cranberry Tw Income Tax | -18.48 | 428.70 |
| | PA SUI/SDI Tax | -1.20 | 27.45 |
| | **Other** | | |
| | Dental | -11.54* | 219.26 |
| | Loc Svc Tax | -2.00 | 40.00 |
| | Medical | -138.69* | 2,635.11 |
| | Vision Pretax | -1.52* | 28.88 |
| | 401K | -160.00* | 3,300.64 |
| | **Net Pay** | **$1,288.46** | |
| | Checking | -1,288.46 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,688.25

©1998, 2006, ADP, LLC  All Rights Reserved

TEAR HERE

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. 066 |
|-----|------|-------|-------|---------------|
| A20 | 005309 | 110 | | 0000400010 |

*ASSOCIATION FOR IRON AND*
*STEEL TECHNOLOGY*
*186 THORN HILL ROAD*
*WARRENDALE, PA 15086*

| Period Ending: | 09/27/2019 |
|----------------|------------|
| Pay Date: | 10/04/2019 |

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:       0
    PA:            N/A

ERIN M GOLEN
510 RIDGE CT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2000.00 | | 2,000.00 | 41,758.00 |
| **Gross Pay** | | | **$2,000.00** | 41,758.00 |

| Deductions | | this period | year to date |
|------------|--|-------------|--------------|
| **Statutory** | | | |
| Federal Income Tax | | -179.98 | 4,009.77 |
| Social Security Tax | | -114.59 | 2,429.05 |
| Medicare Tax | | -26.79 | 568.08 |
| PA State Income Tax | | -56.74 | 1,202.75 |
| Cranberry Tw Income Tax | | -18.48 | 391.74 |
| PA SUI/SDI Tax | | -1.20 | 25.05 |
| **Other** | | | |
| Dental | | -11.54* | 196.18 |
| Loc Svc Tax | | -2.00 | 36.00 |
| Medical | | -138.69* | 2,357.73 |
| Vision Pretax | | -1.52* | 25.84 |
| 401K | | -160.00* | 2,980.64 |
| **Net Pay** | | **$1,288.47** | |
| Checking | | -1,288.47 | |
| **Net Check** | | **$0.00** | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,688.25

©1998, 2006, ADP, LLC.  All Rights Reserved

TEAR HERE

# Earnings Statement

**ADP**

*ASSOCIATION FOR IRON AND*
*STEEL TECHNOLOGY*
*186 THORN HILL ROAD*
*WARRENDALE, PA 15086*

Period Ending:    08/30/2019
Pay Date:    09/06/2019

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:    0
   PA:    N/A

ERIN M GOLEN
510 RIDGE CT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | | 2,000.00 | 33,000.00 |
| Gross Pay | | | $2,000.00 | 33,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -179.98 | 3,069.66 |
| | Social Security Tax | -114.59 | 1,904.87 |
| | Medicare Tax | -26.80 | 445.49 |
| | PA State Income Tax | -56.74 | 943.20 |
| | Cranberry Tw Income Tax | -18.48 | 307.20 |
| | PA SUI/SDI Tax | -1.20 | 19.80 |
| | **Other** | | |
| | Dental | -11.54* | 173.10 |
| | Loc Svc Tax | -2.00 | 32.00 |
| | Medical | -138.69* | 2,080.35 |
| | Vision Pretax | -1.52* | 22.80 |
| | 401K | -160.00* | 2,280.00 |
| | **Net Pay** | **$1,288.46** | |
| | Checking | -1,288.46 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,688.25

©1988, 2006, ADP, LLC  All Rights Reserved.

TEAR HERE

# Earnings Statement

**ADP**

ASSOCIATION FOR IRON AND
STEEL TECHNOLOGY
186 THORN HILL ROAD
WARRENDALE, PA 15086

| | |
|---|---|
| Period Ending: | 08/02/2019 |
| Pay Date: | 08/09/2019 |

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:       0
   PA:          N/A

ERIN M GOLEN
510 RIDGE CT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | | 2,000.00 | 29,000.00 |
| **Gross Pay** | | | **$2,000.00** | 29,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -179.98 | 2,709.70 |
| | Social Security Tax | -114.59 | 1,675.69 |
| | Medicare Tax | -26.80 | 391.90 |
| | PA State Income Tax | -56.74 | 829.72 |
| | Cranberry Tw Income Tax | -18.48 | 270.24 |
| | PA SUI/SDI Tax | -1.20 | 17.40 |
| | **Other** | | |
| | Dental | -11.54* | 150.02 |
| | Loc Svc Tax | -2.00 | 28.00 |
| | Medical | -138.69* | 1,802.97 |
| | Vision Pretax | -1.52* | 19.76 |
| | 401K | -160.00* | 1,960.00 |
| | **Net Pay** | **$1,288.46** | |
| | Checking | -1,288.46 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,688.25

©1998, 2006, ADP, LLC  All Rights Reserved

TEAR HERE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 066 |
|-----|------|-------|-------|-----------|-----|
| A20 | 005309 | 110 | | 0000206610 | |

# Earnings Statement

ADP®

ASSOCIATION FOR IRON AND
STEEL TECHNOLOGY
186 THORN HILL ROAD
WARRENDALE, PA 15086

Period Ending:     06/21/2019
Pay Date:          06/28/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:        0
PA:             N/A

ERIN M GOLEN
510 RIDGE CT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2000.00 | | 2,000.00 | 23,000.00 |
| **Gross Pay** | | | **$2,000.00** | 23,000.00 |

| Deductions | **Statutory** | | this period | year to date |
|------------|---------------|--|-------------|--------------|
| | Federal Income Tax | | -179.98 | 2,169.76 |
| | Social Security Tax | | -114.60 | 1,331.92 |
| | Medicare Tax | | -26.80 | 311.50 |
| | PA State Income Tax | | -56.74 | 659.50 |
| | Cranberry Tw Income Tax | | -18.48 | 214.80 |
| | PA SUI/SDI Tax | | -1.20 | 13.80 |
| | **Other** | | | |
| | Dental | | -11.54* | 115.40 |
| | Loc Svc Tax | | -2.00 | 22.00 |
| | Medical | | -138.69* | 1,386.90 |
| | Vision Pretax | | -1.52* | 15.20 |
| | 401K | | -160.00* | 1,480.00 |
| | **Net Pay** | | **$1,288.45** | |
| | Checking | | -1,288.45 | |
| | **Net Check** | | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,688.25

©1998, 2006, ADP, LLC   All Rights Reserved

TEAR HERE

**Earnings Statement**

ADP®

*ASSOCIATION FOR IRON AND*
*STEEL TECHNOLOGY*
*186 THORN HILL ROAD*
*WARRENDALE, PA 15086*

| | |
|---|---|
| Period Ending: | 05/10/2019 |
| Pay Date: | 05/17/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        0
  PA:              N/A

ERIN M GOLEN
510 RIDGE CT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | 2,000.00 | | 17,000.00 |
| Gross Pay | | | $2,000.00 | 17,000.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -179.98 | 1,629.82 |
| | Social Security Tax | -114.59 | 988.14 |
| | Medicare Tax | -26.80 | 231.10 |
| | PA State Income Tax | -56.74 | 489.28 |
| | Cranberry Tw Income Tax | -18.48 | 159.36 |
| | PA SUI/SDI Tax | -1.20 | 10.20 |
| | **Other** | | |
| | Dental | -11.54* | 80.78 |
| | Loc Svc Tax | -2.00 | 16.00 |
| | Medical | -138.69* | 970.83 |
| | Vision Pretax | -1.52* | 10.64 |
| | 401K | -160.00* | 1,000.00 |
| | **Net Pay** | **$1,288.46** | |
| | Checking | -1,288.46 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,688.25

©1998, 2006, ADP, LLC. All Rights Reserved.

TEAR HERE

# Earnings Statement

**ADP®**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 058 |
| A20 | 005309 | 110 | | 0000100046 | |

*ASSOCIATION FOR IRON AND*
*STEEL TECHNOLOGY*
*186 THORN HILL ROAD*
*WARRENDALE, PA 15086*

Period Ending:     04/26/2019
Pay Date:          05/03/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
　Federal:      0
　PA:           N/A

ERIN M GOLEN
510 RIDGE CT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | | 2,000.00 | 15,000.00 |
| **Gross Pay** | | | **$2,000.00** | 15,000.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -179.98 | 1,449.84 |
| Social Security Tax | | -114.59 | 873.55 |
| Medicare Tax | | -26.80 | 204.30 |
| PA State Income Tax | | -56.74 | 432.54 |
| Cranberry Tw Income Tax | | -18.48 | 140.88 |
| PA SUI/SDI Tax | | -1.20 | 9.00 |
| **Other** | | | |
| Dental | | -11.54* | 69.24 |
| Loc Svc Tax | | -2.00 | 14.00 |
| Medical | | -138.69* | 832.14 |
| Vision Pretax | | -1.52* | 9.12 |
| 401K | | -160.00* | 840.00 |
| **Net Pay** | | **$1,288.46** | |
| Checking | | -1,288.46 | |
| **Net Check** | | **$0.00** | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,688.25

©1998, 2006, ADP, LLC. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

ADP®

ASSOCIATION FOR IRON AND
STEEL TECHNOLOGY
186 THORN HILL ROAD
WARRENDALE, PA 15086

| | |
|---|---|
| Period Ending: | 03/15/2019 |
| Pay Date: | 03/22/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        0
  PA:             N/A

ERIN M GOLEN
510 RIDGE CT
CRANBERRY TOWNSHIP PA 16066

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2000.00 | | 2,000.00 | 9,000.00 |
| **Gross Pay** | | | **$2,000.00** | 9,000.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -179.98 | 909.90 |
| | Social Security Tax | -114.59 | 529.77 |
| | Medicare Tax | -26.80 | 123.90 |
| | PA State Income Tax | -56.74 | 262.32 |
| | Cranberry Tw Income Tax | -18.48 | 85.44 |
| | PA SUI/SDI Tax | -1.20 | 5.40 |
| | **Other** | | |
| | Dental | -11.54* | 34.62 |
| | Loc Svc Tax | -2.00 | 8.00 |
| | Medical | -138.69* | 416.07 |
| | Vision Pretax | -1.52* | 4.56 |
| | 401K | -160.00* | 360.00 |
| | **Net Pay** | **$1,288.46** | |
| | Checking | -1,288.46 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,688.25

©1998, 2006, ADP, LLC   All Rights Reserved

TEAR HERE ▼