**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Craig S. Golen, and | : | |
| Erin M. Golen, | : | Bankruptcy No. 19-24844 |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |

## AMENDED CERTIFICATE OF SERVICE

The undersigned certifies that on February 17, 2020 and February 18, 2020, a true and correct copy of the foregoing Objection to Debtors Chapter 13 Plan was served via the following methods on all parties on the attached service list.

                                                    **BUCHANAN INGERSOLL & ROONEY PC**

Dated: February 18, 2020                /s/Tyler S. Dischinger
                                                      Tyler S. Dischinger, Esquire
                                                        PA ID. No. 314299
                                                        501 Grant Street, Suite 200
                                                        Pittsburgh, PA 15219
                                                        412-562-8432
                                                        *Attorneys for NPA Associates LLC*

Counsel for Debtors:

Served via ECF notification and electronic mail – February 17, 2020
Brian C. Thompson, Esq.
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
Email: bthompson@ThompsonAttorney.com


Served via ECF notification – February 17, 2020
**Served via hand delivery – February 18, 2020 [1]**
Chapter 13 Trustee
Ronda J. Winnecour
600 Grant Street
Suite 3250, USX Tower
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Served via ECF notification and electronic mail – February 17, 2020
U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov


Served via ECF notification and electronic mail – February 17, 2020
James Warmbrodt, Esq.
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com

---

[1] Amendment in bold reflects service via hand delivery.