# THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Craig S. Golen and Erin M. Golen, ) | Chapter 13 |
| ) | Case No. 19-24844-CMB |
| Debtors. ) | |
| ) | |
| NPA Associates LLC, ) | Related to Doc. Nos. 1, 20 |
| ) | |
| ) | Hearing Date and Time: |
| Movant, ) | March 25, 2020, 10:00 a.m. |
| ) | |
| v. ) | Responses Due: March 9, 2020 |
| ) | |
| Craig S. Golen, Erin M. Golen, ) | |
| and Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING CREDITOR NPA ASSOCIATES LLC'S MOTION TO DISMISS CHAPTER 13 CASE

TO THE RESPONDENT:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than March 9, 2020 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on March 25, 2020, 10:00 a.m. before Chief Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**BUCHANAN INGERSOLL & ROONEY PC**

Dated:  February 20, 2020      By: /s/ Tyler S. Dischinger
Tyler S. Dischinger (PA I.D. No. 314299)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
*Attorneys for NPA Associates LLC*