**\*FILING FEE PAID\***   Yes _____   No _____

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Golen_____ JAD/TPA/(CMB)/GLT

Case Number: __19-24844__

Date of Meeting: __2/24/20__   Recording # _____

Debtor(s) present ___ or Not Present ✓ ( ___ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Thompson__ (Present ✓ or Not Present ___)

Date of Plan at § 341: _____   Applicable commitment period ___ 3 yrs ___ 5 yrs

Tyler Dischinger for NPA Associates

Debtors Advised that they are filing a motion to convert to ch 11

*[FILED stamp: 2020 MAR -2 A 10:02, CLERK U.S. BANKRUPTCY COURT PITTSBURGH]*

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____
___ Trustee recommends dismissal (Conversion) of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
✓ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
    ___ 341 Meeting   OR ___ Conciliation Conf. OR ___ *Contested Hearing
    On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee