## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Craig S. Golen, and | : | Bankruptcy No. 19-24844-CMB |
| Erin M. Golen, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| _____ | : | Document No.: |
| Craig S. Golen, and | : | |
| Erin M. Golen, | : | Related to Document No.: |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | Hearing Date and Time: |
| No Respondents, | : | **April 15, 2020 at 10:00 a.m.** |
| | : | |
| Respondent. | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING DEBTORS' MOTION TO CONVERT
CHAPTER 13 CASE TO A CHAPTER 11 CASE**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **March 30, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **April 15, 2020, at 10:00 a.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: March 11, 2020         /s/ Brian C. Thompson
                                        Brian C. Thompson, Esquire
                                        Attorney for the Debtor(s)
                                        PA I.D. No. 91197
                                        125 Warrendale Bayne Road, Suite 200

Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com