**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Craig S. Golen, and | : | |
| Erin M. Golen, | : | Bankruptcy No. 19-24844 |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 30, 2020, a true and correct copy of the foregoing *Creditor NPA Associates LLC's Response In Opposition To Debtors' Motion to Convert Chapter13 Case to a Chapter 11 Case* was served via ECF notification on all parties on the attached service list.

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: March 30, 2020

/s/Tyler S. Dischinger
Tyler S. Dischinger, Esquire
PA ID. No. 314299
501 Grant Street, Suite 200
Pittsburgh, PA 15219
412-562-8432
*Attorneys for NPA Associates LLC*

**Service List via ECF/Court Notification:**

Counsel for Debtors:
Thompson Law Group, P.C.
Brian C. Thompson
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
bthompson@ThompsonAttorney.com;
blemon@thompsonattorney.com
mgillespie@thompsonattorney.com
bthompson@ecf.courtdrive.com
jgorze@thompsonattorney.com
mswenson@thompsonattorney.com


PRA_BK2_CASE_UPDATE@portfoliorecovery.com
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

AIS.cocard.ebn@americaninfosource.com
Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

mrdiscen@discover.com
Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850

mrdiscen@discover.com
Discover Bank, Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

bncnotices@becket-lee.com
Kohls/Capital One
PO Box 3115
Milwaukee, WI 53201-3115

gecsedi@recoverycorp.com
SYNCB/Amazon PLCC
PO Box 965015

Orlando, FL 32896-5015

gecsedi@recoverycorp.com
Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA


PNC Bank, National Association
c/o James Warmbrodt, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com


Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Chapter 13 Trustee
Ronda J. Winnecourt
600 Grant Street
Suite 3250, USX Tower
Pittsburgh, PA 15219
cmecf@chapter12trusteewdpa.com