# PROCEEDING MEMO

**Date: 04/15/2020 10:00 am**

**In re:**  Craig S. Golen
Erin M. Golen

**Bankruptcy No. 19-24844-CMB**
**Chapter: 13**
**Doc. # 34**

**Appearances:**  BY PHONE:  Owen Katz, Brent Lemon, Tyler S. Dischinger

**Nature of Proceeding:** #34 Debtors' Motion to Convert Chapter 13 Case to a Chapter 11 Case

**Additional Pleadings:** #36 Certificate of Service;  #40 Objection by NPA Associates LLC

**Judge's Notes:**
 - Lemon: Debtor intends to file preference action regarding judgment, and Chapter 11 is only option.
 - If case is converted, do not want this case to languish, and right now it doesn't sound like there is a plan.
OUTCOME:
 - Oral argument on June 3 at 2pm on both motion to dismiss and motion to convert.
 - Any memos for the Court to consider to be filed by May 15th. May wish to address preference, why a Chapter 13 was filed, bad faith arguments. Attempt to discuss issues first and narrow issues for briefing.
 - Counsel to hold one hour minimum telephonic meeting to attempt to resolve issues.

FILED
4/15/20 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Craig S. Golen  
Erin M. Golen  
    Debtors

Case No. 19-24844-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Apr 15, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.  
db/jdb        +Craig S. Golen,    Erin M. Golen,    510 Ridge Court,    Cranberry Twp, PA 16066-3364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:  
         Brian C. Thompson    on behalf of Joint Debtor Erin M. Golen bthompson@ThompsonAttorney.com,  
          blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com  
         Brian C. Thompson    on behalf of Debtor Craig S. Golen bthompson@ThompsonAttorney.com,  
          blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
         James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
         Tyler S. Dischinger    on behalf of Creditor    NPA Associates LLC tyler.dischinger@bipc.com,  
          donna.curcio@bipc.com  
                                                                        TOTAL: 7