THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Craig S. Golen and Erin M. Golen, | ) | Chapter 13 |
| | ) | Case No. 19-24844-CMB |
| Debtors. | ) | |
| _____ | ) | |
| Craig S. Golen and, | ) | Related to Doc. Nos. 29, 34 , 48 |
| Erin M. Golen and NPA Associates LLC, | ) | |
| | ) | Hearing Date and Time: |
| Movants, | ) | |
| | ) | |
| v. | ) | Responses Due: |
| | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondent. | ) | |

## CONSENT ORDER OF COURT

AND NOW, this 13th day of May, 2020, upon consideration of the Joint Motion Of Debtors and Creditor NPA Associates LLC for Extension of Briefing Deadlines Regarding Debtors' Motion to Convert Chapter 13 Case to a Chapter 11 Case and NPA Associates LLC's Motion to Dismiss Chapter 13 Case (the "Joint Extension Motion"), and following a hearing held on such Motion, if any it is hereby

ORDERED, ADJUDGED, and DECREED that the Joint Extension Motion is granted; and it is further

ORDERED, ADJUDGED, and DECREED that Memoranda of Law on the Motions (as such term is defined in the Joint Extension Motion) are due on or before __July 15__, 2020 and oral argument on the Motions is scheduled for __August 5__, 2020, at 2:00 p.m. by telephone, pursuant to Standing Order 20-204.

It is FURTHER ORDERED that the Oral Arguments on the Creditor NPA Associates LLC's Motion to Dismiss Chapter 13 Case (Doc. No. 29) and on the Debtors' Motion to Convert Chapter 13 Case to a Chapter 11 Case (Doc. No. 34) scheduled for June 3, 2020 are CANCELLED.

Dated: Pittsburgh, PA
      May 13, 2020

_/s/ Carlota M. Böhm_   **dmr**
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
5/13/20 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Prepared by:

*/s/ Tyler S. Dischinger*
Tyler S. Dischinger (Pa. Id. No. 314299)
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800/Fax: (412) 562-1041
tyler.dischinger@bipc.com
*Attorneys for NPA Associates LLC*


Consented to by:

*/s/ Brian C. Thompson (by email consent 5-11-2020)*
Brian C. Thompson, Esquire
Attorney for the Debtors
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
bthompson@thompsonattorney.com
*Counsel for Debtors*


4819-8275-5772, v. 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Craig S. Golen
Erin M. Golen
    Debtors

Case No. 19-24844-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 13, 2020
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
db/jdb         +Craig S. Golen,   Erin M. Golen,   510 Ridge Court,   Cranberry Twp, PA 16066-3364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
            Brian C. Thompson    on behalf of Joint Debtor Erin M. Golen bthompson@ThompsonAttorney.com,
             blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
            Brian C. Thompson    on behalf of Debtor Craig S. Golen bthompson@ThompsonAttorney.com,
             blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
            James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
            Tyler S. Dischinger    on behalf of Creditor    NPA Associates LLC tyler.dischinger@bipc.com,
             donna.curcio@bipc.com
                                                                                                           TOTAL: 7