THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Craig S. Golen and Erin M. Golen, ) | Chapter 13 |
| ) | Case No. 19-24844-CMB |
| Debtors. ) | |
| ──────────────────────────── ) | |
| Craig S. Golen and, ) | Related to Doc. Nos. 29, 34, 49    & 51 |
| Erin M. Golen and NPA Associates LLC, ) | |
| ) | Hearing Date and Time: |
| Movants, ) | |
| ) | |
| v. ) | Responses Due: |
| ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| ) | |
| Respondent. ) | |

**CONSENT ORDER OF COURT**

AND NOW, this 9th day of July, 2020, upon consideration of the Joint Motion Of Debtors and Creditor NPA Associates LLC for Extension of Briefing Deadlines Regarding Debtors' Motion to Convert Chapter 13 Case to a Chapter 11 Case and NPA Associates LLC's Motion to Dismiss Chapter 13 Case (the "Joint Extension Motion"), and following a hearing held on such Motion, if any it is hereby

ORDERED, ADJUDGED, and DECREED that the Joint Extension Motion is granted; and it is further

ORDERED, ADJUDGED, and DECREED that Memoranda of Law on the Motions (as such term is defined in the Joint Extension Motion) are due on or before September 8, 2020 and oral argument on the Motions is scheduled for October 7, 2020, at 2:00 p.m.

_____dmk
HON. CARLOTA M. BÖHM
Chief United States Bankruptcy Court Judge

Dated:  Pittsburgh, PA
    __July 9__ __, 2020

FILED
7/9/20 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Prepared by:

*/s/ Tyler S. Dischinger*
Tyler S. Dischinger (Pa. Id. No. 314299)
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800/Fax: (412) 562-1041
tyler.dischinger@bipc.com
*Attorneys for NPA Associates LLC*


Consented to by:

*/s/ Brian C. Thompson (by email consent July 7, 2020)*
Brian C. Thompson, Esquire
Attorney for the Debtors
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
bthompson@thompsonattorney.com
*Counsel for Debtors*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 19-24844-CMB
Craig S. Golen                                                               Chapter 13
Erin M. Golen
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw               Page 1 of 1              Date Rcvd: Jul 09, 2020
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db           +Craig S. Golen,    510 Ridge Court,    Cranberry Twp, PA 16066-3364
jdb          +Erin M. Golen,    510 Ridge Court,    Cranberry Twp, PA 16066-3364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Joint Debtor Erin M. Golen bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Craig S. Golen bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Tyler S. Dischinger    on behalf of Creditor    NPA Associates LLC tyler.dischinger@bipc.com,
               donna.curcio@bipc.com
                                                                                              TOTAL: 7