# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 19-24844-CMB |
| CRAIG S. GOLEN and | |
| ERIN M. GOLEN, | Chapter 13 |
| Debtors. | Related to Doc. No. 29, 34, 52 |

## ORDER

**AND NOW,** this 30th day of September, 2020, whereas by Order entered July 9, 2020 (Doc. No. 52) oral argument on *Creditor NPA Associates LLC's Motion to Dismiss Chapter 13 Case* (Doc. No. 29) and *Debtors' Motion to Convert Chapter 13 Case to a Chapter 11 Case* (Doc. No. 34, together, the "Motions") is scheduled to be held telephonically on October 7, 2020, at 2:00 P.M., and upon review of the record and the memoranda of law filed by the parties, it appears that there may be factual disputes that cannot be resolved at oral argument,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. The parties shall confer to prepare a joint statement of relevant contested and uncontested facts and address whether an evidentiary hearing is required on the Motions.

2. On or before **Monday, October 5, 2020,** Debtors' counsel shall file the **joint** statement of contested and uncontested facts prepared by the parties **and** include a statement as to whether the parties agree that an evidentiary hearing is needed or agree that the Motions can be resolved at oral argument on October 7, 2020.

3. If the parties agree that the Motions can be resolved without an evidentiary hearing at oral argument, then oral argument shall remain as scheduled on October 7, 2020.

4. In the event one or both parties contend that an evidentiary hearing is required, oral argument on October 7, 2020, may be converted to a status conference at which time the parties shall be prepared to discuss if discovery is needed, deadlines to file exhibit and witness lists, and a date for an evidentiary hearing.

5. On or before **Monday, October 5, 2020**, Debtors shall file a reply to the argument that conversion would be futile based on the absolute priority rule.

FILED
9/30/20 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm       dmr
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24844-CMB |
| Craig S. Golen | Chapter 13 |
| Erin M. Golen | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig S. Golen, Erin M. Golen, 510 Ridge Court, Cranberry Twp, PA 16066-3364 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Erin M. Golen, 510 Ridge Court, Cranberry Twp, PA 16066-3364 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2020        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Joint Debtor Erin M. Golen bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Brian C. Thompson | on behalf of Debtor Craig S. Golen bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |

District/off: 0315-2 | User: dric | Page 2 of 2
Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Tyler S. Dischinger
on behalf of Creditor NPA Associates LLC tyler.dischinger@bipc.com  donna.curcio@bipc.com

TOTAL: 7