# PROCEEDING MEMO

**Date: 10/07/2020 02:00 pm**

**In re:   Craig S. Golen
         Erin M. Golen**

                                                                        **Bankruptcy No. 19-24844-CMB
                                                                        Chapter: 13
                                                                        Doc. # 29**

**Telephonic Appearances:  Tyler S. Dischinger, Brent Lemon**

**Nature of Proceeding:** #29 Oral Argument on Creditor NPA Associates LLC's Motion to Dismiss Chapter 13 Case

**Additional Pleadings:**  #32 Response by Debtors (filed previously);  #55 Supplemental Memorandum of Law of NPA Associates LLC; #56 Debtors' Memorandum; #60 Joint Submission of Stipulated Facts by NPA and Debtors; #61 Debtors' Reply re. Absolute Priority Rule

**Judge's Notes:**
 - Parties agree that Court should rule based on the argument and no need for evidentiary hearing.
 - The issue of Subchapter V is a new issue just raised by the Debtor.
 - Oral argument concluded.

 OUTCOME:
 - Matter Taken Under Advisement.

            FILED
            10/7/20 3:51 pm                      **Carlota Böhm**
            CLERK                                **Chief U.S. Bankruptcy Judge**
            U.S. BANKRUPTCY
            COURT - WDPA