**Date: 10/07/2020 02:00 pm**

**In re:    Craig S. Golen
Erin M. Golen**

           **Bankruptcy No. 19-24844-CMB
Chapter: 13
Doc. # 34**

**Telephonic Appearances: Brent Lemon, Tyler S. Dischinger**

**Nature of Proceeding: #34 Oral Argument on Debtors' Motion to Convert Chapter 13 Case to a Chapter 11 Case**

**Additional Pleadings: #40 Objection by NPA Associates LLC (filed previously); #55 Supplemental Memorandum of Law of NPA Associates LLC; #56 Debtors' Memorandum; #60 Joint Submission of Stipulated Facts by NPA and Debtors; #61 Debtors' Reply re. Absolute Priority Rule**

**Judge's Notes:**
- Parties agree that Court should rule based on the argument and no need for evidentiary hearing.
- The issue of Subchapter V is a new issue just raised by the Debtor.
- Oral argument concluded.

OUTCOME:
- Matter Taken Under Advisement.

           **Carlota Böhm
Chief U.S. Bankruptcy Judge**

FILED
10/7/20 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA