FILED
10/8/20 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Craig S. Golen

Erin M. Golen

    Debtors

Bankruptcy No.  19-24844-CMB

Adversary No.

Related to Docket No. 62, 63

Fourteen Day Request

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Tyler S. Dischinger, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    October 7, 2020

The transcript is being prepared by Writer's Cramp, Inc.  The estimated completion for this transcript is October 22, 2020.

    Michael R. Rhodes, Clerk
    United States Bankruptcy Court

Date: 10/8/2020        By:    /s/ Hayley Smith
                            ECRO

#61-M